## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-23453-CIV-GARBER

FORTIS CORPORATE
INSURANCE, as subrogee
of EXPORTADODRA ATLANTIC,

    Plaintiff,

v.

SEABOARD MARINE, LTD.,

    Defendant.
_____/

### ORDER

THIS CAUSE is before the Court on the Stipulation of Settlement and Joint Motion for Dismissal with Prejudice [DE 13 and 14]. The Court having reviewed the record and considered the Stipulation, upon due consideration, it is hereby

ORDERED that said Stipulation of Settlement is adopted and ratified by the Court. This cause is hereby DISMISSED WITH PREJUDICE and all pending motions are DENIED AS MOOT. The Clerk of Court shall close this file.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of November, 2009.

                                                                                                     BARRY L. GARBER
                                                                                                     UNITED STATES MAGISTRATE JUDGE